FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE JAYBLUE PAKOOTAS,<br><br>Defendant. | No. 2:21-CR-00112-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL<br><br>**MOTION GRANTED**<br>**(ECF No. 33)** |

Before the Court is Defendant's Motion for Temporary Modification of Pretrial Release Conditions, **ECF No. 33**. Defendant recites in his motion that U.S. Probation and the United States are deferring to the Court.

Specifically, Defendant requests permission to travel to Inchelium, Washington to attend his uncle's memorial services from March 10, 2022, to March 11, 2022.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 33,** is **GRANTED**. Defendant is permitted to travel on March 10, 2022, at 10:00 a.m. from Pioneer Center East in Spokane, Washington, and return to Pioneer Center East in Spokane, Washington, on March 11, 2022 by 8:30 p.m.

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 33**, which is incorporated herein by reference.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**
DATED March 9, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1