# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pakootas, Blaze Jayblue | Docket No. | 0980 2:21CR00112-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Blaze Jayblue Pakootas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 1st day of April 2022, under the following conditions:

On April 6, 2022, the conditions of pretrial release were reviewed with Mr. Pakootas and he acknowledged an understanding of his conditions.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #13:** Defendant shall submit to random urinalysis and/or breathalyser testing as directed by the United States Probation/Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** It is alleged that Mr. Pakootas violated the conditions of his supervised release on or about April 26, 2022, by using fentanyl and cocaine.

Prior to Mr. Pakootas' status hearing on April 28, 2022, the undersigned inquired if he would be able to provide a urinalysis specimen. Thereafter, Mr. Pakootas admitted to the undersigned, and via a signed document, that he last used fentanyl on or about April 26, 2022. Mr. Pakootas stated he was unable to provide a urinalysis specimen at that time and he was then directed to inform the undersigned when he would be able to provide a urinalysis specimen. Approximately 30 minutes later, a urinalysis specimen was collected from Mr. Pakootas and the sample tested presumptive positive for cocaine, he then admitted to the undersigned, and via a signed document, that he also used cocaine on or about April 26, 2022. Mr. Pakootas' pretrial release was ultimately revoked after the April 28, 2022, status hearing.

### PRAYING THAT THE COURT WILL ORDER NO FURTHER ACTION

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: ___April 29, 2022___ |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8

**Re: Pakootas, Blaze Jayblue**
**April 29, 2022**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

5/2/2022
_____
Date