1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>BLAZE JAYBLUE PAKOOTAS,<br><br>                              Defendant. | NO:  2:21-CR-0112-TOR<br><br><br>ORDER DISMISSING INDICTMENT<br>WITH PREJUDICE |

13
14
15
16
17

    BEFORE THE COURT is the government's Motion for Order of Dismissal with Prejudice (ECF No. 68).  The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a) because Defendant is now deceased. The Court finds good cause to grant the motion.

18

    **Accordingly, IT IS HEREBY ORDERED**:

19
20

    1.  The government's Motion for Order of Dismissal with Prejudice (ECF No. 68) is **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2.  All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

3.  The arrest warrant issued on August 29, 2022, is **QUASHED**.

4.   The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED November 8, 2022.



THOMAS O. RICE
United States District Judge